UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

In Re:

Plaintiff(s)
v.

Defendant(s)

Case No.: _____

Adv. No.: _____

Pre Trial Date: _____

Judge: _____

Order Filed on
**6/28/2010**
by Clerk U.S. Bankruptcy
Court District of New Jersey

## JOINT ORDER SCHEDULING
## PRETRIAL PROCEEDINGS AND TRIAL

The relief set forth on the following pages, numbered two (2) through three (3) is hereby ORDERED.

**DATED: 6/28/2010**

Judith H. Wizmur, Chief Judge
United States Bankruptcy Court

A pretrial conference having been scheduled pursuant to *Fed.R.Civ.P* 16(b) and (e), made applicable to these proceedings by *Fed.R.Bankr.P.* 7016, it is

ORDERED that

1. All discovery is to be completed by _____. Any motions to compel discovery are to be made so that the court can rule and the discovery can be obtained before that date. Late filed discovery motions shall not constitute cause for an adjournment of the scheduled trial date.

2. All other motions shall be filed no later than _____, and returnable no later than _____. Late filed motions shall not constitute cause for an adjournment of the scheduled trial date.

3. ❏ (CHECK IF APPLICABLE) The parties agree to pursue mediation to attempt to resolve disputed matters. A separate mediation order selecting a mediator and providing for a mediation schedule shall be submitted within 14 days.

4. Plaintiff shall file a joint stipulation of all undisputed facts and all parties shall file and serve proposed findings of disputed facts, proposed conclusions of law, trial briefs if desired by the party, and binders with copies of pre-marked exhibits no later than _____. The parties anticipate a trial of approximately _____.

*Approved by Judge Judith H. Wizmur June 28, 2010*

5. All parties shall bring to the trial sufficient copies of their exhibit lists to provide two to the court and one for each adversary. All parties shall also bring to trial a binder containing the originals of their respective exhibits.

6. Trial will commence on _____ at _____ or as soon thereafter as the matter may be heard, at:

United States Bankruptcy Court

Address: _____

_____

_____

Courtroom #: _____

**PARTIES MUST BE PREPARED TO PROCEED TO TRIAL ON THE SCHEDULED DATE. ADJOURNMENTS WILL BE GRANTED ONLY FOR COMPELLING REASONS BEYOND THE CONTROL OF THE PARTIES. ADJOURNMENT REQUESTS MUST BE RECEIVED NO LATER THAN THE THIRD BUSINESS DAY BEFORE THE SCHEDULED TRIAL DATE.**

*rev.12/1/09*

*Approved by Judge Judith H. Wizmur June 28, 2010*